UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) CASE NO. CR20-014-RSM |
| Plaintiff, | )<br>) |
| v. | )<br>) DETENTION ORDER |
| BRANDON BRANDRETH-GIBBS, | )<br>) |
| Defendant. | )<br>) |

<u>Offense charged</u>: Assault on a Federal Officer with Bodily Injury; Assault on a Federal Officer with Physical Contact; Threat Against a Federal Officer; Threat Against a Federal Officer's Family

<u>Date of Detention Hearing</u>: February 13, 2020.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

///

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was not interviewed by Pretrial Services, so much of his background information is unknown or unverified. Defendant resides in Point Roberts, Washington and is a dual citizen of the United States and Canada. Port Roberts is non-contiguous to the rest of Washington state, so residents usually must pass through Canadian and United States customs to travel to the rest of the continental United States, including Seattle, Washington. Defendant has a lengthy criminal record that includes assaults, harassment, resisting arrest, and new charges while on supervision. Defendant does not have a viable release plan and does not contest detention.

2. Defendant poses a risk of nonappearance based on dual citizenship, substance use, mental health history and unstable employment. Defendant poses a risk of danger based on the nature and circumstances of the offense, criminal history, a history of resisting arrest and assaulting law enforcement, substance use, and mental health history.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the

01 defendant to a United States Marshal for the purpose of an appearance in connection with a
02 court proceeding; and
03 4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for
04 the defendant, to the United States Marshal, and to the United State Probation Services
05 Officer.

DATED this 13th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3