UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-14 RSM |
| Plaintiff, | SEALING ORDER |
| v. | **Filed Under Seal** |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

Having considered the records of this case and the United States' motion for a competency evaluation and hearing, the Court finds there are compelling reasons to file this motion and order under seal. Accordingly, the United States' sealing motion is GRANTED.

IT IS SO ORDERED.

DATED this 14th day of April, 2020.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Sealing Order – 1
*United States v. Brandreth-Gibbs*, No. CR 20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970