Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON BRANDRETH-GIBBS, <br><br> Defendant. | NO. CR 20-14 RSM <br><br> SEALING ORDER <br><br> **FILED UNDER SEAL** |

Having considered the records of this case and the United States' supplement to its motion for a competency evaluation and hearing, the Court finds there are compelling reasons to file the supplement under seal. The United States' sealing motion is therefore GRANTED.

IT IS SO ORDERED.

DATED this 20th day of April, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Sealing Order – 1
*United States v. Brandreth-Gibbs*, No. CR 20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970