THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 20-0014-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER SEALING DEFENDANT'S OBJECTIONS TO GOVERNMENT'S MOTION FOR A COMPETENCY EXAMINATION AND HEARING FOR THE DEFENDANT |
| BRANDON BRANDRETH-GIBBS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the Defendant's Objections to the Government's Motion for a Competency Examination and Hearing for the Defendant, Exhibits 1 through 17, and the proposed order, be sealed. The Court has considered the Defendant's Objections and motion and records in this case and finds there are compelling reasons to file these documents under seal. The motion is GRANTED.

IT IS THEREFORE ORDERED that Mr. Brandreth-Gibbs's Objections to the Government's Motion for a Competency Examination and Hearing for the Defendant, its Exhibits 1 through 17, and Proposed Order, be filed under seal.

ORDER SEALING DEFENSE OBJECTIONS TO GOVT MOTION FOR COMPETENCY EXAMINATION & HEARING
(Brandreth-Gibbs; CR20-14RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS SO ORDERED.

DONE this 4th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Federal Public Defender
Attorney for Brandon Brandreth-Gibbs

ORDER  SEALING DEFENSE OBJECTIONS TO GOVT MOTION FOR COMPETENCY EXAMINATION & HEARING
(Brandreth-Gibbs; CR20-14RSM)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**