THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 20-0014-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION TO DISCLOSE SEALED DOCUMENTS TO DEFENDANT'S PARENTS |
| BRANDON BRANDRETH-GIBBS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the Defendant's unopposed motion to permit the disclosure of otherwise sealed documents to the Defendant's parents. The Court has considered the motion and records in this case and finds there are compelling reasons to permit the disclosure of the documents to the Defendant's family. The unopposed motion is GRANTED.

IT IS THEREFORE ORDERED that any and all pleadings, including exhibits, filed in relation to the Government's motion for a competency evaluation and proceedings may be disclosed to the Defendant's parents;

ORDER GRANTING UNOPPOSED MOTION
TO DISCLOSE SEALED DOCUMENTS TO
DEFENDANT'S PARENTS
(*Brandreth-Gibbs*; CR20-14RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

IT IS FURTHER ORDERED that the Defendant's parents may not further disclose the materials to the public without the permission of the Court;

FURTHERMORE, IT IS ORDERED that all previous orders shall otherwise remain in full force and effect, such that the pleadings and exhibits shall remain otherwise sealed from public access.

IT IS SO ORDERED.

DONE this 11th day of May, 2020.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Federal Public Defender
Attorney for Brandon Brandreth-Gibbs

ORDER  GRANTING UNOPPOSED MOTION
TO DISCLOSE SEALED DOCUMENTS TO
DEFENDANT'S PARENTS
(*Brandreth-Gibbs*; CR20-14RSM)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**