THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 20-0014-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER SEALING UNOPPOSED MOTION TO PERMIT INDEPENDENT COMPETENCY EVALUATION BEFORE COMPETENCY HEARING |
| BRANDON BRANDRETH-GIBBS, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the Unopposed Motion to Permit an Independent Competency Evaluation Before Competency Hearing, and the proposed order, be sealed. The Court has considered the unopposed motion and records in this case and finds there are compelling reasons to file these documents under seal. The unopposed motion is GRANTED.

IT IS THEREFORE ORDERED that Mr. Brandreth-Gibbs's Unopposed Motion to Permit an Independent Competency Evaluation Before Competency Hearing, be filed under seal.

IT IS SO ORDERED.

DONE this 14th day of September, 2020.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER SEALING UNOPPOSED MOTION TO
PERMIT INDEPENDENT COMPETENCY
EVALUATION BEFORE COMPETENCY
HEARING
(Brandreth-Gibbs; CR20-14RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1

2  Presented by:

3  s/ *Jennifer E. Wellman*
4  Assistant Federal Public Defender
   Attorney for Brandon Brandreth-Gibbs
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER  SEALING UNOPPOSED MOTION TO
PERMIT INDEPENDENT COMPETENCY
EVALUATION BEFORE COMPETENCY
HEARING
(Brandreth-Gibbs; CR20-14RSM)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**