THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-0014-RSM |
| Plaintiff, | |
| v. | ORDER SEALING STIPULATED MOTION FOR AN ORDER PERMITTING DISCLOSURE OF BOP RECORDS AND TESTING PROTOCOL RECORDS FOR LIMITED PURPOSES |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

THIS MATTER has come before the undersigned on the parties' Stipulated Motion for an Order Permitting Disclosure of BOP Records and Testing Protocol Records for Limited Purposes and the proposed order, be sealed. The Court has considered the stipulated motion and records in this case and finds there are compelling reasons to file these documents under seal. The stipulated motion is GRANTED.

IT IS THEREFORE ORDERED that the parties' Stipulated Motion for an Order Permitting Disclosure of BOP Records and Testing Protocol Records for Limited Purposes, be filed under seal.

IT IS SO ORDERED.

DONE this 16th day of September, 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

ORDER SEALING STIPULATED MOTION
FOR AN ORDER PERMITTING DISCLOSURE
OF BOP RECORDS & TESTING PROTOCOL
RECORDS FOR LIMITED PURPOSES
(Brandreth-Gibbs; CR20-14RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1 | Presented by:

2 | s/ *Jennifer E. Wellman*
3 | Assistant Federal Public Defender
  | Attorney for Brandon Brandreth-Gibbs
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER SEALING STIPULATED MOTION
FOR AN ORDER PERMITTING DISCLOSURE
OF BOP RECORDS & TESTING PROTOCOL
RECORDS FOR LIMITED PURPOSES
(Brandreth-Gibbs; CR20-14RSM)  - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**