THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 20-0014-RSM |
| ) | |
| Plaintiff, ) | |
| ) | ORDER SEALING |
| v. ) | MOTION TO RETURN DEFENDANT TO |
| ) | FEDERAL DETENTION CENTER, |
| BRANDON BRANDRETH-GIBBS, ) | SEATAC, WASHINGTON |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER has come before the undersigned on the Motion to Return the Defendant to the Federal Detention Center, SeaTac, Washington and the proposed order, be sealed. The Court has considered the motion and records in this case and finds there are compelling reasons to file these documents under seal. The motion is GRANTED.

IT IS THEREFORE ORDERED that the Motion for an Order to Return the Defendant to the Federal Detention Center, SeaTac, Washington, be filed under seal.

IT IS SO ORDERED.

DONE this 15th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Brandon Brandreth-Gibbs

ORDER SEALING MOTION & ORDER TO RETURN DEFENDANT TO FDC SEATAC, WASHINGTON
(Brandreth-Gibbs; CR20-14RSM) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100