Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 20-14 RSM |
| Plaintiff, | SEALING ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

Having considered the records of this case and the United States' response to the defendant's motion to be returned to FDC SeaTac, the Court finds there are compelling reasons to file the United States' response and accompanying exhibit under seal. Accordingly, the United States' sealing motion is GRANTED.

IT IS SO ORDERED.

DATED this 22nd day of October 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Sealing Order – 1
*United States v. Brandreth-Gibbs*, No. CR 20-14 RSM