THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BRANDRETH-GIBBS,<br><br>Defendant. | No. 20-0014-RSM<br><br>ORDER GRANTING MOTION TO PERMIT REPLY BRIEF AND RE-NOTE MOTION TO TRANSFER DEFENDANT TO FDC SEATAC FOR COMPETENCY HEARING |

Based on the information presented in the unopposed defense motion to permit a reply brief and re-note the Court's consideration of the motion to transfer defendant to FDC SeaTac to October 28, 2020, and the records and files in this case, and having considered the same,

IT IS HEREBY ORDERED that counsel for Brandon Brandreth-Gibbs may file a reply brief in this matter, no later than end of business October 28, 2020.

IT IS FURTHER ORDERED, the motion (docket 48) is re-noted for consideration on the October 28, 2020 motions calendar.

/ / /

/ / /

ORDER GRANTING MOTION TO PERMIT REPLY BRIEF AND RE-NOTE MOTION TO TRANSFER DEFENDANT TO FDC SEATAC
(*Brandreth-Gibbs;* CR20-14RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS SO ORDERED.

DATED this 28th day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Brandon Brandreth-Gibbs

ORDER GRANTING MOTION TO PERMIT REPLY BRIEF AND RE-NOTE MOTION TO TRANSFER DEFENDANT TO FDC SEATAC
(*Brandreth-Gibbs;* CR20-14RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**