THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR 20-0014-RSM |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER SEALING<br>) DEFENSE REPLY TO GOVERNMENT'S<br>) RESPONSE TO RETURN DEFENDANT |
| BRANDON BRANDRETH-GIBBS, | ) TO FEDERAL DETENTION CENTER,<br>) SEATAC, WASHINGTON |
| Defendant. | ) |

THIS MATTER has come before the undersigned on the Defense Motion to file its Reply to the Government's Response to the Motion to Return the Defendant to the Federal Detention Center, SeaTac, Washington, be sealed. The Court has considered the defense reply and records in this case and finds there are compelling reasons to file this document under seal. The motion is GRANTED.

IT IS THEREFORE ORDERED that the Defense Reply to the Government's Response to the Motion to Return the Defendant to the Federal Detention Center, SeaTac, Washington, be filed under seal.

///

///

///

///

ORDER SEALING DEFENSE REPLY TO
GOVT RESPONSE TO MOTION TO RETURN
DEFENDANT TO FDC SEATAC,
WASHINGTON
(Brandreth-Gibbs; CR20-14RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

IT IS SO ORDERED.

DONE this 29th day of October, 2020.

 _____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
Assistant Federal Public Defender
Attorney for Brandon Brandreth-Gibbs

ORDER SEALING DEFENSE REPLY TO GOVT RESPONSE TO MOTION TO RETURN DEFENDANT TO FDC SEATAC, WASHINGTON
(Brandreth-Gibbs; CR20-14RSM) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**