THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRANDON BRANDRETH-GIBBS,<br><br>  Defendant. | No. CR 20-0014-RSM<br><br>ORDER GRANTING MOTION TO SEAL DEFENSE SUPPLEMENTAL COMPETENCY HEARING MEMORANDUM |

THIS MATTER has come before the undersigned on the Defense Motion to file its Supplemental Competency Hearing Memorandum under seal. The Court has considered the defense supplemental memorandum and records in this case and finds there are compelling reasons to file this document under seal. The motion is GRANTED.

IT IS THEREFORE ORDERED that the Defense Supplemental Competency Hearing Memorandum be filed under seal.

IT IS SO ORDERED.

DONE this 7th day of January, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jennifer E. Wellman*
s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Brandon Brandreth-Gibbs

ORDER GRANTING MOTION TO SEAL
DEFENSE SUPPLEMENTAL COMPETENCY
HEARING MEMORANDUM
(*Brandreth-Gibbs*; CR20-0014RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**