Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-14 RSM |
| Plaintiff, | SEALING ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

Having considered the records of this case and the United States' supplemental memorandum and sealing motion, the Court finds there are compelling reasons to file this memorandum and its supporting exhibits under seal. Accordingly, the United States' sealing motion is GRANTED.

IT IS SO ORDERED.

DATED this 13th day of January 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Sealing Order – 1
*United States v. Brandreth-Gibbs*, No. CR20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970