Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON BRANDRETH-GIBBS, <br><br> Defendant. | NO. CR20-14 RSM <br><br> ORDER REGARDING MENTAL INCOMPETENCY AND RESTORATION |

Having considered the evidence presented at the competency hearing on January 13, 2021, and the other records of this case, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense. 18 U.S.C. § 4241(d).

The Court therefore commits the defendant to the custody of the Attorney General for hospitalization and treatment in a suitable facility and for attempted restoration. *See id.* §§ 4241(d), 4247(a)(2), (i).

///

///

///

Order Re: Mental Incompetency & Restoration – 1
*United States v. Brandreth-Gibbs*, No. CR20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court recommends that the United States Marshals Service and the Bureau of Prisons take all necessary steps to transport the defendant to the suitable facility as soon as possible.

IT IS SO ORDERED.

Dated this 13th day of January 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Order Re: Mental Incompetency & Restoration – 2
*United States v. Brandreth-Gibbs*, No. CR20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970