The Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> BRANDON BRANDRETH-GIBBS, <br><br> Defendant. | No. CR20-014RSM <br><br> ORDER GRANTING DIRECT TRANSPORT OF DEFENDANT TO THE WDWA |

Having considered the information provided by defense in its motion for direct transport (dkt #83), the Court hereby GRANTS the motion and orders that the United States Marshals Service provide direct transport for defendant Brandon Brandreth-Gibbs' return to the Western District of Washington.

DATED this 28th day of September 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER FOR DIRECT TRANSPORTATION OF
DEFENDANT- 1

**MICHELE SHAW**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com