Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR20-14 RSM |
| Plaintiff, | SEALING ORDER |
| v. | |
| BRANDON BRANDRETH-GIBBS, | |
| Defendant. | |

Having considered the records in this case and the United States' Motion for Competency Evaluation and Response to Defendant's Motion to Revoke Detention Order, the Court finds there are compelling reasons to file the pleading under seal. The United States' sealing motion is therefore GRANTED.

IT IS SO ORDERED.

Dated this 1st day of December 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Sealing Order – 1
*United States v. Brandreth-Gibbs* / CR20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970