Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDON BRANDRETH-GIBBS,<br><br>Defendant. | No. CR20-14 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND DENYING OTHER PENDING MOTIONS |

Based on the parties' stipulated motion to continue the current trial date and extend the pretrial-motions deadline, and for the reasons discussed on the record at the hearing on December 7, 2021, the Court FINDS as follows.

1. The ends of justice served by granting the stipulated continuance outweigh the best interests of the public and Defendant Brandon Brandreth-Gibbs in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. This continuance is necessary to ensure adequate time for case preparation and for the parties' ongoing discussions of possible resolution. Failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, *id.* § 3161(h)(7)(B)(iv), and would likely result in a miscarriage of justice, *id.* § 3161(h)(7)(B)(i).

3. This case is also so unusual and complex—given the nature of the prosecution and the existence of novel questions of fact concerning possible post-conviction supervision—that it would be unreasonable to expect adequate preparation for

Order – 1
*United States v. Brandreth-Gibbs* / CR20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. *Id.* § 3161(h)(7)(B)(ii).

4. This period of delay is reasonable. *See id.* § 3161(h)(7)(A), (B)(iv).

The Court therefore ORDERS that the trial date is continued from January 18, 2022, to April 11, 2022. Pretrial motions are due March 3, 2022. The parties will appear for a status conference on January 18, 2022, at 10:00 AM.

The Court previously excluded time for speedy-trial purposes through January 18, 2022. Dkt. 89 at 2–3. The period of delay from the date of the present order through the new trial date of April 11, 2022, is hereby excluded for speedy-trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Finally, as discussed on the record on December 7, 2021, the defense has withdrawn its Motion to Revoke Detention Order (Dkt. 91), and the United States has withdrawn its Motion for Competency Evaluation (Dkt. 93). Both motions are thus DENIED AS MOOT.

IT IS SO ORDERED.

DATED this 7th day of December 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Michele Shaw*
MICHELE SHAW
Attorney for Brandon Brandreth-Gibbs

*s/ Gilbert Levy*
GILBERT LEVY
Attorney for Brandon Brandreth-Gibbs

*s/ Jonas Lerman*
JONAS LERMAN
Assistant United States Attorney

Order – 2
*United States v. Brandreth-Gibbs* / CR20-14 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970