UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  v.<br><br>BRANDON BRANDRETH-GIBBS,<br><br>           Defendant. | CASE NO. CR20-14RSM<br><br>ORDER RETURNING PASSPORT |

It appearing from the records and files herein that the above-named defendant has been sentenced on February 25, 2022, and his passport having been previously deposited with the Clerk, the passport should be returned as the case has been concluded.

IT IS HEREBY ORDERED that defendant's passport be returned to defendant's counsel.

Dated this 25th day of February 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER RETURNING PASSPORT - 1