The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRANDON BRANDRETH-GIBBS, <br><br> Defendant. | NO. CR20-014 RSM <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The Court having considered the Motion for Withdrawal, Declaration of the Attorney, and the file and records herein: hereby orders that Michele Shaw is permitted to withdraw as defense counsel in this matter.

DONE this 28th day of April 2025

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 1

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Presented by:

*s/ Michele Shaw*
MICHELE SHAW, WSBA #19561

**ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 2**

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com